UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMANTHA GALVEZ and HOWARD DASH,

                    Plaintiffs,

– against –

CONVERGENT OUTSOURCING, INC.,

                    Defendant.

**ORDER**

18 Civ. 2413 (ER)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 01/27/2020

Ramos, D.J.:

      The plaintiffs in this action filed a Notice of Settlement, on May 1, 2018, representing to this Court that a settlement has been reached in principle. Doc. 8. They further represented, in the same filing, that a settlement agreement was in the process of being finalized, and that once the settlement was fully consummated, the parties would submit a stipulation of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *Id.* There has been no activity in this case since then.

      The parties are hereby directed to provide the Court with a written update as to the status of the case by **January 31, 2020**.

      SO ORDERED.

Dated:    January 27, 2020
            New York, New York

                                                    Edgardo Ramos, U.S.D.J.